UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY
OF AMERICA,

                Plaintiff,

            v.

ACCREDITED SURETY AND CASUALTY
COMPANY, INC. and GREAT AMERICAN
INSURANCE COMPANY,

                Defendants.

No. 22-cv-01170

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On August 23, 2022, the Court granted Plaintiff leave to file a First Amended Complaint and instructed the parties to file a joint letter proposing a revised Proposed Case Management Plan after Defendant Great American Insurance Company had been served and appeared in this action. On October 18, 2022, Plaintiff filed proof of service on the docket that Great American Insurance Company had been served on October 4, 2022, and on November 8, 2022, Great American Insurance Company filed an answer. To date, the parties have not filed their joint letter and revised Proposed Case Management Plan.

      By no later than November 30, 2022, the parties shall submit a joint letter and revised Proposed Case Management Plan pursuant to the Court's August 23, 2022 order.

SO ORDERED.

Dated:    November 16, 2022
            New York, New York

                                                _____
                                                Ronnie Abrams
                                                United States District Judge