UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE TRAVELERS INDEMNITY COMPANY
OF AMERICA,

                                   Plaintiff,

         -against-

ACCREDITED SURETY AND CASUALTY
COMPANY, INC. and GREAT AMERICAN
INSURANCE COMPANY,

                                  Defendants.

-------------------------------------------------------------X

22-CV-01170 (LTS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2023

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, December 11, 2023, Chief Judge Laura Taylor Swain assigned this matter to my docket for general pretrial and settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 13, 2023
               New York, New York